IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plainitff,<br><br>    vs.<br><br>THE NOME RETAIL GROCERYMEN'S<br>ASSOCIATION, et al.,<br><br>                              Defendants. | No. 2:06-cv-1449-HRH[1] |

O R D E R

Motion to Terminate Antitrust Judgment

The United States moves, pursuant to Rule 60(b), Federal Rules of Civil Procedure, to terminate the judgment entered in this case by Territorial District Judge Alfred S. Moore on February 8, 1906. United States v. Nome Retail Grocerymen's Ass'n, Civ. No. 1449). Plaintiff has given public notice and opportunity to comment with respect to the instant motion. Plaintiff has received no comment.

Plaintiff seeks termination of the judgment in this case based upon its age – 113 years – and the policy of the United States Department of Justice, Antitrust Division, that judgments such as that entered in this case be terminated after no more than ten years.

In consideration of the foregoing and pursuant to Rule 60(b)(5) and (6), Federal Rules of Civil Procedure, plaintiff's motion to terminate antitrust judgment is granted.

---

[1]The correct case year is **1906**, not 2006.

ORDER – Motion to Terminate Antitrust Judgment                             - 1 -

Judge Moore's judgment and decree of February 8, 1906, is now terminated in all respects.

DATED at Anchorage, Alaska, this  7th day of March, 2019.

/s/ H. Russel Holland
United States District Judge